NETTIE GRANT, as Administratrix of the Estate of JOHN H. GRANT, Deceased, Respondent, *v.* UTICA GAS AND ELECTRIC COMPANY, Appellant.

(Argued February 13, 1930; decided March 18, 1930.)

*Frank H. Hiscock, Myron G. Bronner, Woodward W. Guile, Richard B. Conley* and *Arthur J. Foley* for appellant. *James F. Hubbell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.